IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN SHIELDS,** on behalf of **NIXON PAUL,** | ) | |
| Petitioner, | ) | |
| v. | ) | 3:26cv1776 |
| | ) | **Electronic Filing** |
| **MARKWAYNE MULLIN,** Secretary of Homeland Security, **TODD BLANCHE,** Attorney General, **LEONARD ODDO,** Warden of Moshannon Valley Processing Center**,** | ) | |
| Respondents. | ) | |

**ORDER OF COURT**

AND NOW, this 14th day of September, 2026, Dawn Shields having commenced this habeas corpus proceeding on behalf of Nixon Paul, who filed a petition with this court at civil number 3:26cv905, and it appearing that Nixon Paul has not signed or personally endorsed the petition, and it further appearing that Dawn Shields is not a member of the legal profession and/or licensed to appear and represent others before this court, IT IS ORDERED that [1] the petition be, and the same hereby is, dismissed. This ruling is without prejudice to Nixon Paul seeking review with the Board of Immigration Appeals of the Immigration Judge's July 30, 2026, ruling denying bond due to flight risk as reflected in document number 12 in 3:26cv905.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Dawn Shields
2101 Beechwood Road
Falls Creek, PA 15840

Nixon Paul
A233163025
Moshannon Valley Processing Center
Legal Mail - Open In Presence Of Detainee
555 Geo Drive
Philipsburg, PA 16866

(*Via First Class Mail*)